IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN MERCER, CANDACE McKINLEY, SHANEE GARNER-NELSON, ADAM BUTLER,<br><br>              Plaintiffs,<br>    v.<br><br>KEVIN JACKSON, THE BLACK SPHERE, LLC, and MABIE MARKETING, INC., d/b/a The Campaign Solutions Group,<br><br>              Defendants. | Civil Action<br><br><br><br><br><br>No. 2:20-cv-00098-JMG |

**PLAINTIFFS' MOTION TO STAY PROCEEDINGS**

Plaintiffs, through counsel, hereby move the Court to exercise its inherent power to manage its docket to stay this action in anticipation of the U.S. Supreme Court's pending decision in *Facebook Inc. v. Duguid*, 926 F.3d 1146 (9th Cir. 2019), *cert. granted in part*, No. 19-511, -- S.Ct. ----, 2020 WL 3865252 (Mem) (July 9, 2020), which will provide precedential authority on the statutory definition of an *automated telephone dialing system* under 47 U.S.C. § 227(a)(1). In support of this Motion, Plaintiffs rely on the accompanying Memorandum of Law and proposed Order.

Respectfully submitted,

Dated: September 3, 2020

*/s/ Irv Ackelsberg*
Irv Ackelsberg
David A. Nagdeman
LANGER GROGAN & DIVER, PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
(215) 320-5660

James A. Francis
David Searles
FRANCIS MAILMAN SOUMILAS, PC
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

    I, Irv Ackelsberg, certify that I served a true and correct copy of the foregoing Motion for a Stay on all parties whose appearances have been entered via the Court's ECF system and on Defendant Mabie Marketing, Inc. d/b/a The Campaign Solutions Group ("TCSG") by email to their attorney Eric Allen of Allen, Mitchell & Allen PLLC, 2091 E. Murray Holladay Road, Suite 21, Salt Lake City, Utah 84117, at eric@allenlawyer.com.

Dated: September XX, 2020                                          */s/ Irv Ackelsberg*
                                                                               Irv Ackelsberg