IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN MERCER, CANDACE McKINLEY, SHANEE GARNER-NELSON, ADAM BUTLER,<br><br>                Plaintiffs,<br>    v.<br><br>KEVIN JACKSON, THE BLACK SPHERE, LLC, and MABIE MARKETING, INC., d/b/a The Campaign Solutions Group,<br><br>                Defendants. | Civil Action<br><br><br><br><br><br>No. 2:20-cv-00098-JMG |

## **ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration of Plaintiffs' Motion to Stay this case pending a decision from the United States Supreme Court in *Facebook Inc. v. Duguid*, No. 19-511, and all briefings and arguments related thereto, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**.

    **IT IS FURTHER ORDERED** as follows:

    1.    The Scheduling Order dated May 8, 2020, is **VACATED**.

    2.    All proceedings are **STAYED** until further order of the Court; and,

    3.    Counsel shall provide the Court with a joint status report within fourteen (14) days following receipt of a decision from the U.S. Supreme Court in *Facebook, Inc. v. Duguid*, No. 19-511, regarding the interpretation of 47 U.S.C. § 227(a). If further proceedings are required counsel shall include in the joint report a proposed schedule.

                                                                          **BY THE COURT:**

                                                                          _____
                                                                          JOHN M. GALLAGHER
                                                                          United States District Court Judge