IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN MERCER, CANDACE McKINLEY, SHANEE GARNER-NELSON, ADAM BUTLER,<br>　　　　　　Plaintiffs,<br>　　v.<br>KEVIN JACKSON, THE BLACK SPHERE, LLC, and MABIE MARKETING, INC., d/b/a The Campaign Solutions Group,<br>　　　　　　Defendants. | Civil Action<br><br>No. 2:20-cv-00098-JMG |

## CERTIFICATE OF SERVICE

Irv Ackelsberg, Counsel for Plaintiffs, certifies as follows:

1. A copy of the forgoing Motion was served by ECF on Martin Bryce, counsel for Defendants. In addition, I sent him a courtesy copy by email, at Bryce@ballardspahr.com.

2. Today, I also spoke for the first time with the Jason Wehrle, the attorney who will be entering an appearance on behalf of Defendant Mabie Marketing, Inc. I sent him a copy of the Motion at JWehrle@defensecounsel.com.


Date:   September 3, 2020        　　　 */s/    Irv Ackelsberg*
　　　　　　　　　　　　　　　　　　　　Irv Ackelsberg