# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRYAN MERCER, *et al.*,
    Plaintiffs,

v.

KEVIN JACKSON, *et al.*,
    Defendants.

Civil No. 2:20-cv-00098-JMG

## ORDER

**AND NOW**, this 21st day of April, 2021, it having been reported that the issues between the parties in the above action have been settled (ECF No. 29) and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby **ORDERED** as follows:

1. The stay previously entered in the above action is **LIFTED.**

2. The above action is **DISMISSED with prejudice** and without costs, pursuant to the agreement of counsel.

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge